| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF DAKOTA | FIRST JUDICIAL DISTRICT |

MICHAEL ARMSTRONG,

    Plaintiff,

v.

CITIBANK, N.A.,

    Defendant.

COURT FILE NO. _____

## NOTICE OF FILING OF NOTICE OF REMOVAL

In accordance with 28 U.S.C. § 1446(d), Citibank, N.A. states that on March 8, 2021, it removed this action to the United States District Court for the District of Minnesota, and that this Court shall proceed no further unless and until the case is remanded.

A copy of the Notice of Removal (without exhibits) is attached hereto as <u>Exhibit 1</u>.

Respectfully submitted,

DATED:  March 8, 2021

Ballard Spahr LLP

<u>/s/ Karla M. Vehrs</u>
Karla M. Vehrs
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-2449
Fax: (612) 371-3207
vehrsk@ballardspahr.com

*Counsel for Defendant, Citibank, N.A.*