**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

MICHAEL ARMSTRONG,

                          Plaintiff,

vs.

CITIBANK, N.A.,

                          Defendant.

Case No.  0:21-cv-00662-DWF-ECW

**[PROPOSED] ORDER COMPELLING
ARBITRATION AND STAYING
LITIGATION**

---

      **IT IS HEREBY ORDERED**, pursuant to the parties' stipulation filed as Dkt. 3, that this lawsuit shall be stayed pending the completion of arbitration.

Dated:  March ___, 2021

_____
**Hon. Donovan W. Frank, U.S.D.J.**