## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Armstrong, | Civil No. 21-662 (DWF/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Citibank, N.A, | |
| Defendant. | |

Based upon the Stipulation for Dismissal filed by the parties on January 26, 2022, (Doc. No. [6]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear its own costs and attorneys' fees.

Dated: January 27, 2022            s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge